UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| BRENDA BILLINGS-CARTER, as personal representative of the estate of Ann Billings, | Case No. 1:10-cv-792 |
| Plaintiff, | |
| v. | HONORABLE PAUL L. MALONEY |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

## JUDGMENT

Final judgment is hereby entered in favor of defendant United States of America and against plaintiff Brenda Billings-Carter as personal representative of the estate of Ann Billings.

**IT IS SO ORDERED** on this  3rd  day of November 2010.

                                               /s/ Paul L. Maloney
                                               Honorable  Paul L. Maloney
                                               Chief United States District Judge